UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: The email address pdavoren@adexec.com that is stored at premises controlled by 1&1 Mail & Media, Inc., 701 Lee Road, Suite 300, Chesterbrook, PA 19087 (filed 5/23/16) | MAGISTRATE CASE NOS.: 1:16-MJ-335 1:16-MJ-336 1:16-MJ-388 1:16-MJ-575 1:16-MJ-576 1:17-MJ-163 1:18-MJ-046 1:18-MJ-047 |
| IN THE MATTER OF THE SEARCH OF: The email address ivanmiller990@yahoo.com that is stored at premises controlled by Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 (filed 5/23/16) | |
| IN THE MATTER OF THE SEARCH OF: 275 email addresses associated with customer number 262873730 provided by 1&1 Mail & Media, Inc., 701 Lee Road, Suite 300, Chesterbrook, PA 19087, and in the possession of the Cincinnati, FBI. (filed 6/24/16) | MOTION REQUESTING CASE TO REMAIN SEALED |
| IN THE MATTER OF THE SEARCH OF: The email address jakki84moore@gmail.com that is stored at premises controlled by Google, Inc. | |
| IN THE MATTER OF THE SEARCH OF: The email address ayodejirasheed160@yahoo.com that is stored at premises controlled by Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 (filed 10/6/2016) | |
| IN THE MATTER OF THE SEARCH OF: The email addresses ivanmiller990@yahoo.com and ayodejirasheed160@yahoo.ocm that is stored at premises controlled by Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 (filed 3/9/17) | |

| |
|---|
| **IN THE MATTER OF THE SEARCH OF:** Account(s) associated with ivanmiller990@yahoo.com that are stored at premises controlled by FACEBOOK (filed 01/25/2018) <br><br> **IN THE MATTER OF THE SEARCH OF:** Account(s) associated with ivanmiller990@yahoo.com that are stored at the premises controlled by LinkedIn (filed 01/25/2018) |

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for an order requiring that any documents related to the above referenced cases remain sealed until July 31, 2022 or until directed by this Court, whichever occurs first.

In support of this Motion, the United States Attorney charges:

1. That Applications for Search Warrants and Orders were filed in the above referenced cases on the dates listed.

2. That the case numbers referenced above relate to the same ongoing investigation.

3. That the disclosure of certain information and statements contained in said documents would greatly hamper an ongoing criminal investigation.

WHEREFORE, the United States of America respectfully requests that any documents related to the above case numbers, including this Motion and Order, remain sealed July 31, 2022, or until directed by this Court, whichever occurs first. *Cf.*, *In re Search Warrant for 2934 Anderson Morris Road Niles, Ohio 44406*, 48 F.Supp.2d 1082, 1084 (6th Cir. 1999), (holding that "the sensitive nature of the information contained in the affidavit, the interest in protecting the ongoing investigation, and the privacy interests of those named in the affidavit, all weigh in favor of maintaining the affidavit under seal.").

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047
E-mail: Timothy.Mangan@usdoj.gov

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that all documents related to the above referenced cases remain sealed, and the Clerk is instructed not to unseal any documents related to these cases until further order of this Court, or until July 31, 2022, whichever comes first.

February 4, 2022

_____
Karen L. Litkovitz
United States Magistrate Judge

3